PROB 12B
(7/93)

Report Date: July 22, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 23 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrea N. Hartnett           Case Number: 2:11CR00116-003

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: July 11, 2012        Type of Supervision: Supervised Release

Original Offense: Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a); Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a); Uttering and Possessing a Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Date Supervision to Commence: August 8, 2013

Original Sentence: Prison - 21 Months;
                   TSR - 36 Months

Date Supervision Expires: August 7, 2016

## PETITIONING THE COURT

To **Remove** the condition of supervision as follows:

22   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Ms. Hartnett has been able to secure stable employment and has found an apartment to rent. Upon release from Bureau of Prisons, she will not need time at the RRC to facilitate housing or employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7/22/2013

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
Re: Hartnett, Andrea N.
July 22, 2013
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/23/13
_____
Date